239 So.2d 358

**UNIVERSAL ENGINEERS & BUILDERS, INC.**

**v.**

**LAFAYETTE STEEL ERECTOR CORPORATION et al.**

No. 50743.

Sept. 30, 1970.

Writ denied. On the facts found by the Court of Appeal there is no error in the judgment.

239 So.2d 359

**Dunice P. BRASSEAUX**

**v.**

**Ray J. GIROUARD.**

No. 50806.

Sept. 30, 1970.

Writ refused. There appears no error of law in the ruling complained of.